UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
UTICA MUTUAL INSURANCE COMPANY, :
:
                Plaintiff, :
:
     v. :      No. 6:09-CV-0853 (DNH/GJD)
:
FIREMAN'S FUND INSURANCE COMPANY, :
:
                Defendant. :
:
---------------------------------------X

### STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF UTICA MUTUAL INSURANCE COMPANY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, it is hereby stipulated and agreed that Plaintiff Utica Mutual Insurance Company ("Utica Mutual") hereby substitutes its counsel of record in this matter. Utica Mutual has retained the law firm of Hunton & Williams LLP as its new counsel necessitating substitution of counsel in this case. This stipulation in entered into by counsel with Utica Mutual's full consent.

#### Former Attorneys

Utica Mutual's former counsel:

John C. Mezzacappa, Esq.
Joshua L. Milrad, Esq.
Daniel J. Endick, Esq.
Stuart Cotton, Esq.
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
9th Floor
24 Whitehall Street
New York, New York 10004

are no longer Utica Mutual's attorneys in this matter.

## New Attorneys

Utica Mutual's new counsel in this matter and Utica Mutual's new attorneys of record on whom all notices and papers may be served is:

Joseph J. Saltarelli
Hunton & Williams LLP
200 Park Avenue, 52nd Floor
New York, New York 10166

Dated: New York, New York
November 23, 2009

_____
Joseph J. Saltarelli
(N.D.N.Y Bar No. 103265)
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
Tel: (212) 309-1000
jsaltarelli@hunton.com

_____
John C. Mezzacappa, Esq.
(N.D.N.Y. Bar No. 515801)
Joshua L. Milrad, Esq.
(N.D.N.Y. Bar No. 510996)
Daniel J. Endick, Esq.
(N.D.N.Y Bar No. 515803)
Stuart Cotton, Esq.
(N.D.N.Y. Bar No. 515810)
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
9th Floor
24 Whitehall Street
New York, New York 10004
Tel: (212) 804-4200
jmezzacappa@moundcotton.com
jmilrad@moundcotton.com
dendick@moundcotton.com
scotton@moundcotton.com

TO:   John F. Finnegan, Esq.
      Chadbourne & Parke LLP
      30 Rockefeller Plaza
      New York, NY 10112-0127

      - and -

      Mary A. Lopatto, Esq.
      Chadbourne & Parke LLP
      1200 New Hampshire Avenue, NW
      Washington, DC 20036

      *Attorneys for Defendant
      Fireman's Fund Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Mutual Insurance Company.

That on November 24, 2009, I served a true copy of the attached Notice of Substitution of Counsel for Plaintiff Utica Mutual Insurance Company on Defendant's counsel of record, at the addresses listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 24, 2009.

*[signature]*
Bradford C. Mulder

TO: John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127

- and -

Mary A. Lopatto, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant*
*Fireman's Fund Insurance Company*