

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA  22102

TEL        703 • 714 • 7642
FAX       703 • 918 • 4020

WALTER J. ANDREWS
DIRECT DIAL: 703-714-7642
EMAIL:  wandrews@hunton.com

September 14, 2010

**VIA ECF**
The Honorable George Lowe
United States Magistrate Judge
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, NY  13261-7346

Re:    *Utica Mut. Ins. Co. v. Fireman's Fund Ins. Co.*, No. 6:09-CV-0853 (DNH/GHL)

Dear Magistrate Judge Lowe:

We are counsel for Utica Mutual Insurance Company in the captioned lawsuit.  We are writing in response to Fireman's Fund Insurance Company's submission of Judge Hellerstein's September 7, 2010, Order in the Utica Mutual/R&Q Re proceeding.

Utica Mutual seeks leave to provide a response to Fireman's Fund's submission for three reasons:

>    (1) to explain the developments in the Utica Mutual/R&Q Re proceeding and address the impact of the Order on the disqualification motion pending in the captioned case;

>    (2) to describe the restrictions on discovery sought by R&Q Re that Judge Hellerstein ordered and address the need for similar restrictions here; and

>    (3) to bring to the Court's attention the parties' submission to Judge Hellerstein on September 9, 2010 in response to the Order.

Please let us know if leave is granted.

Sincerely,

Walter J. Andrews

cc:    Mary A. Lopatto (*via* ECF)
       John F. Finnegan (*via* ECF)