**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100  fax 212-541-5369

JOHN F. FINNEGAN
DIRECT TEL (212) 408-5180
JFINNEGAN@CHADBOURNE.COM

September 15, 2010

**VIA ECF**

The Honorable George Lowe
United States Magistrate Judge
United States District Court
  for the Northern District of New York
Federal Building and Courthouse
100 South Clinton Street
Syracuse, New York  13261-7346

> Re: Utica Mutual Insurance Company v. Fireman's Fund
>     Insurance Company, No. 6:09-CV-0853 (DNH/GHL)

Dear Magistrate Judge Lowe:

We are counsel to Fireman's Fund Insurance Company ("FFIC"). After receiving (i) Walter Andrews' September 14, 2010 letter requesting leave to comment on Judge Hellerstein's September 7, 2010 order in the Utica Mutual/R&Q Re matter, 10 Civ 2669 (SDNY) and (ii) Your Honor's order granting Mr. Andrews' request, we telephoned Mr. Andrews to suggest that the parties agree upon a submission schedule (recognizing that FFIC would want the opportunity to comment on anything Utica Mutual might submit) and thereby spare the Court from receiving multiple, seriatim requests for leave to make a supplemental filing. Mr. Andrews agreed to this approach and the parties suggest that they exchange their letters between themselves on the following schedule:

1) Utica to provide FFIC its opening comments
   September 23

2) FFIC to provide its response
   October 1

3) Utica to provide its reply
   October 8

Thereafter, Utica Mutual will deliver all three letters to the Court in a single package. Please let us know if this procedure is acceptable to the Court.

New York  Washington  Los Angeles  Mexico City  London (an affiliated partnership)  Moscow  St. Petersburg  Warsaw  Kyiv  Almaty  Dubai  Beijing
NY2 - 555744.01

**CHADBOURNE & PARKE LLP**

The Honorable George Lowe        -2-        September 15, 2010

       Mr. Andrews reviewed this letter in draft and joins in it.

       Respectfully,

       John F. Finnegan

cc: Walter Andrews, Esq.        (VIA ECF & EMAIL)
     Syed Ahmad, Esq.        (VIA ECF & EMAIL)

NY2 - 555744.01