UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X
:
UTICA MUTUAL INSURANCE COMPANY, :
:
Plaintiff, :
:
v. : No. 6:09-CV-0853 (DNH/GHL)
:
FIREMAN'S FUND INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------X

## UTICA'S MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON THE MOTION TO DISQUALIFY

Plaintiff Utica Mutual Insurance Company moves this Court for an Order reconsidering its January 4, 2011, ruling on Utica's Motion to Disqualify, granting Utica leave to submit, *in camera*, additional information to support its Motion to Disqualify, granting Utica's Motion to Disqualify and disqualifying Chadbourne & Park LLP from representing Fireman's Fund Insurance Company in the captioned matter, and for such other relief as the Court may order.

Pursuant to the Stipulated Protective Order Regarding Plaintiff's Motion to Disqualify Chadbourne & Parke LLP, signed by Magistrate Judge George H. Lowe on March 9, 2010, Utica's Memorandum of Law and the declaration of Walter J. Andrews and the referenced exhibits, are filed under seal.

Pursuant to Local Rule 7.1, the return date for the Motion is March 3, 2011.

Dated: Fairfax, Virginia
January 18, 2011

                                 HUNTON & WILLIAMS LLP

                           BY: _____
                                Syed S. Ahmad
                                (N.D.N.Y. Bar No. 602911)
                                1751 Pinnacle Drive
                                McLean, Virginia  22102
                                (703) 714 - 7676
                                (703) 918 - 4050 (fax)
                                sahmad@hunton.com

                                *Attorney for Plaintiff*
                                *Utica Mutual Insurance Company*

TO:    John F. Finnegan, Esq.
          Chadbourne & Parke LLP
          30 Rockefeller Plaza
          New York, NY 10112-0127

          - and -

          Mary A. Lopatto, Esq.
          Chadbourne & Parke LLP
          1200 New Hampshire Avenue, NW
          Washington, DC 20036

          *Attorneys for Defendant*
          *Fireman's Fund Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Insurance Company.

That on January 18, 2011, I served a true copy of the attached on counsel of record, at the addresses listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 18, 2011.

_____
Bradford C. Mulder

TO:  John F. Finnegan, Esq.
     Chadbourne & Parke LLP
     30 Rockefeller Plaza
     New York, NY 10112-0127

     - and -

     Mary A. Lopatto, Esq.
     Chadbourne & Parke LLP
     1200 New Hampshire Avenue, NW
     Washington, DC 20036

     *Attorneys for Defendant*
     *Fireman's Fund Insurance Company*