UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                          :

UTICA MUTUAL INSURANCE COMPANY,        :

                                                                           :

                  Plaintiff,          :

                              :

                 v.                     :         No. 6:09-CV-0853 (DNH/GHL)

                              :

FIREMAN'S FUND INSURANCE COMPANY,      :

                                                        :

                  Defendant.     :

                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## PLAINTIFF'S NOTICE OF OBJECTIONS TO MAGISTRATE JUDGE'S JANUARY 4, 2011 AND MARCH 28, 2011 ORDERS

| | |
|---|---|
| **OBJECTIONS FILED BY:** | Plaintiff, Utica Mutual Insurance Company |
| **RELIEF REQUESTED:** | An Order setting aside Magistrate Judge Lowe's January 4, 2011 ruling and March 28, 2011 ruling, granting Utica's Motion to Disqualify, and disqualifying Chadbourne & Parke LLP |
| **BASIS FOR RELIEF REQUESTED:** | Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1(b) |
| **SUPPORTING PAPERS:** | Designation of Contents of the Record on Appeal; Plaintiff's Memorandum of Law in Support of Objections to Magistrate Judge Lowe's Rulings on Motion to Disqualify |
| **PLACE:** | United States District Court Northern District of New York Alexander Pirnie Federal Building 10 Broad Street Utica, New York 13501 |
| **RETURN DATE:** | May 13, 2011 |
| **OTHER:** | Pursuant to the Stipulated Protective Order Regarding Plaintiff's Motion to Disqualify Chadbourne & Parke LLP, signed by Magistrate Judge George H. Lowe on March 9, 2010, Utica's Memorandum of Law and Designation of the Contents of Record on Appeal are filed under seal |

Dated: Fairfax, Virginia
April 11, 2011

            HUNTON & WILLIAMS LLP

         BY: /s/ Walter J. Andrews
            Walter J. Andrews
            (N.D.N.Y. Bar No. 106051, admitted *pro hac vice*)
            Syed S. Ahmad
            (N.D.N.Y. Bar No. 602911, admitted *pro hac vice)*
            1751 Pinnacle Drive
            Suite 1700
            McLean, Virginia 22102
            Tel: (703) 714-7400
            wandrews@hunton.com
            sahmad@hunton.com

             - and -

            Joseph J. Saltarelli
            (N.D.N.Y Bar No. 103265)
            200 Park Avenue, 52nd Floor
            New York, New York 10166
            Tel: (212) 309-1000
            jsaltarelli@hunton.com

            *Attorneys for Plaintiff*
            *Utica Mutual Insurance Company*

TO: John F. Finnegan, Esq.
   Chadbourne & Parke LLP
   30 Rockefeller Plaza
   New York, NY 10112-0127

   - and -

   Mary A. Lopatto, Esq.
   Chadbourne & Parke LLP
   1200 New Hampshire Avenue, NW
   Washington, DC 20036

   *Attorneys for Defendant*
   *Fireman's Fund Insurance Company*

**DECLARATION OF SERVICE**

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Insurance Company.

That on April 11, 2011, I served a true copy of the attached on counsel of record, at the addresses listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2011.

/s/ Bradford C. Mulder
Bradford C. Mulder

TO: John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127

- and -

Mary A. Lopatto, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant*
*Fireman's Fund Insurance Company*