UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UTICA MUTUAL INSURANCE COMPANY,

                         Plaintiff,

     -against-

FIREMAN'S FUND INSURANCE COMPANY,
                         Defendant,

**ADR SELECTION STIPULATION**

Case: 6:09-CV-00853 (DNH/GHL)

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all parties hereto, that __John Murad*__, Esquire has been selected, contacted, and has agreed to serve in the capacity of __Mediator__ for the above entitled action.

IT IS FURTHER STIPULATED AND AGREED, by and between counsel for all parties that the __Mediation__ session will be scheduled at the earliest possible convenience, bearing in mind the program completion deadline set forth in the Uniform Pretrial Scheduling Order.

\* The parties are waiting for Mr. Murad to confirm that he does does not have a conflict.

Dated: __July 5, 2011__

_Syed S. Ahmad_ (signature)
Counsel for Plaintiff(s)
Syed S. Ahmad

_Mary A. Lopatto_/ssa (signature)
Counsel for Defendant(s)
Mary A. Lopatto