```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                :
UTICA MUTUAL INSURANCE COMPANY,                 :
                                                :
                        Plaintiff,              :
                                                :
        v.                                      :   No. 6:09-CV-0853 (DNH/GHL)
                                                :
FIREMAN'S FUND INSURANCE COMPANY,               :
                                                :
                        Defendant.              :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

# UTICA MUTUAL INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER

Plaintiff Utica Mutual Insurance Company moves this Court for a Protective Order, as set forth in Utica's Memorandum of Law and declarations submitted with the Motion.

Pursuant to the Stipulated Protective Order Regarding Confidential Items and Information, signed by Magistrate Judge George H. Lowe on July 22, 2011, Utica's Memorandum of Law and accompanying declarations are filed under seal.

On August 31, 2011, a court conference was held regarding the issues presented in the Motion.

Pursuant to Local Rule 7.1, the return date for the Motion is November 3, 2011.

Dated: Fairfax, Virginia
September 21, 2011

           HUNTON & WILLIAMS LLP

         BY: /s/ Walter J. Andrews
           Walter J. Andrews
           (N.D.N.Y. Bar No. 106051, admitted *pro hac vice*)
           Syed S. Ahmad
           (N.D.N.Y. Bar No. 602911)
           1751 Pinnacle Drive
           McLean, Virginia 22102
           (703) 714 - 7676
           (703) 918 - 4050 (fax)
           sahmad@hunton.com

           *Attorney for Plaintiff*
           *Utica Mutual Insurance Company*

TO: John F. Finnegan, Esq.
    Chadbourne & Parke LLP
    30 Rockefeller Plaza
    New York, NY 10112-0127

    - and -

    Mary A. Lopatto, Esq.
    Chadbourne & Parke LLP
    1200 New Hampshire Avenue, NW
    Washington, DC 20036

    *Attorneys for Defendant*
    *Fireman's Fund Insurance Company*

# DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Insurance Company.

That on September 21, 2011, I served a true copy of the attached on counsel of record, at the addresses listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2011.

/s/Bradford C. Mulder
Bradford C. Mulder

TO: John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127

- and -

Mary A. Lopatto, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant
Fireman's Fund Insurance Company*