

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL    703 • 714 • 7642
FAX   703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703-714-7676
EMAIL: sahmad@hunton.com

October 20, 2011

**VIA ECF**
The Honorable George H. Lowe
Magistrate Judge
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
100 S. Clinton Street
Federal Building and U.S. Courthouse
Syracuse, NY  13261-7346

Re:   Utica Mut. Ins. Co. v. Fireman's Fund Ins. Co., No. 6:09-CV-0853 (DNH/GHL)

Dear Magistrate Judge Lowe:

We are counsel for Utica Mutual Insurance Company in the captioned lawsuit.

On September 12, 2011, Utica filed a Motion for Protective Order. We received the opposition filings from Fireman's Fund Insurance Company on October 12. After reviewing the opposition, Utica determined that it improperly references, is based on, and relies on, confidential information. We first advised you of this issue in our October 13, letter, and respectfully requested that the Court not review the opposition filings under the confidentiality dispute was resolved. We continued to confer with Fireman's Fund's counsel and were unable to resolve the dispute. Accordingly, pursuant to Local Rule 7.1(b)(2), in our October 14, 2011, letter to Your Honor, we requested a pre-motion conference regarding Utica's need to file a motion to strike portions of Fireman's Fund's opposition.

Utica's reply brief for the Motion for Protective Order is due tomorrow, October 21, 2011. Utica requests that the October 21 deadline be stayed pending the resolution of the confidentiality dispute. Until the Court resolves the confidentiality dispute, Utica will not be able to determine which arguments and other information Fireman's Fund can properly rely on in its opposition. Consequently, Utica should be permitted to file its reply after the confidentiality dispute is resolved.

We conferred with Fireman's Fund's counsel regarding Utica's request to stay the reply deadline and were advised yesterday evening that Fireman's Fund opposes Utica's request.



Magistrate Judge George H. Lowe
October 20, 2011
Page 2

Sincerely,

*Syed S. Ahmad*

Syed S. Ahmad

cc:     Mary A. Lopatto
        John F. Finnegan