UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                      :

UTICA MUTUAL INSURANCE COMPANY,  :

               Plaintiff,              :

             v.                       :         No. 6:09-CV-0853 (DNH/GHL)

FIREMAN'S FUND INSURANCE COMPANY,  :

              Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, the undersigned counsel hereby moves this Court, for an Order Admitting Patrick M. McDermott *pro hac vice* in the above captioned action as an attorney for the plaintiff Utica Mutual Insurance Company. In support hereof, the undersigned relies upon the accompanying applicant's Verified Petition, Sponsor Affidavit, attorney e-filing registration form, Certificate of Good Standing, Oath on Admission and Proposed Order.

Dated:  New York, New York
         November 18, 2011

                                                    HUNTON & WILLIAMS LLP

                                    BY: _____
                                           Joseph J. Saltarelli
                                           (N.D.N.Y Bar No. 103265)
                                           200 Park Avenue, 52nd Floor
                                           New York, New York 10166
                                           Tel: (212) 309-1000
                                           jsaltarelli@hunton.com

                                           *Attorney for Plaintiff*
                                           *Utica Mutual Insurance Company*

TO:    John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127

- and -

Mary A. Lopatto, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant*
*Fireman's Fund Insurance Company*

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am the Managing Clerk at the law firm of Hunton & Williams LLP, attorneys for Plaintiff Utica Insurance Company.

That on November 18, 2011, I served a true copy of the attached Notice of Motion, with attachments, on counsel of record, at the addresses listed below, via First-Class Mail, by depositing the same in a duly-enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America, within the State of New York

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 18, 2011.

Bradford C. Mulder

TO: John F. Finnegan, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0127

- and -

Mary A. Lopatto, Esq.
Chadbourne & Parke LLP
1200 New Hampshire Avenue, NW
Washington, DC 20036

*Attorneys for Defendant
Fireman's Fund Insurance Company*

62485.000410 EMF_US 37800777v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
UTICA MUTUAL INSURANCE COMPANY,         :
                                        :
                    Plaintiff,          :
                                        :
            v.                          :   No. 6:09-CV-0853 (DNH/GHL)
                                        :
FIREMAN'S FUND INSURANCE COMPANY,       :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

## VERIFIED PETITION OF PATRICK M. MCDERMOTT FOR ADMISSION TO PRACTICE *PRO HAC VICE* BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Patrick M. McDermott, being duly sworn deposes and says:

1. That I reside at 300 Massachusetts Avenue, NW, Apartment 625, Washington, DC 20001 and my office address is Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, Tysons Corner, McLean, Virginia 22102.

2. That I was admitted to practice in the courts of Virginia on October 20, 2010.

3. That I graduated from the Georgetown University Law Center in 2010, after having completed the required courses of study.

4. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders

for the Northern District of New York; the N.Y.S. Lawyer's Code of Professional Responsibility and with faithfully adhere thereto.

  **WHEREFORE** it is respectfully requested that this court order that petitioner, Patrick M. McDermott, be admitted, *pro hac vice,* to practice before the Bar of this Court.

_____<br>PETITIONER

Dated: 11/17/11

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

Patrick M. McDermott, being duly sworn deposes and says that he is the Petitioner in the above entitled proceeding, that he has read the foregoing Petition and that it is true to his own knowledge.

Subscribed and sworn to before me this 17th, day of November, 2011

Signature - Notary Public

KATHARINE MURPHY KNEIDEL
Printed Name - Notary Public
REGISTRATION No. 246666

My Commission Expires on May 31, 2013

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
UTICA MUTUAL INSURANCE COMPANY,                 :
                                                :
                Plaintiff,                      :
                                                :
        v.                                      :   No. 6:09-CV-0853 (DNH/GHL)
                                                :
FIREMAN'S FUND INSURANCE COMPANY,               :
                                                :
                Defendant.                      :
                                                :
------------------------------------------------X

## AFFIDAVIT OF SPONSOR

STATE OF NEW YORK        )
                         ) ss
COUNTY OF NEW YORK       )

Joseph J. Saltarelli, being duly sworn deposes and says:

1. That I am an attorney with the law firm of Hunton & Williams LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is: 103265.

2. I make this affidavit in support of the admission of Patrick M. McDermott, *pro hac vice,* on behalf of plaintiff Utica Mutual Insurance Company.

3. I have known Patrick M. McDermott since 2011 and find him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

/s/ Joseph J. Saltarelli
Joseph J. Saltarelli

Subscribed and sworn before me this
_18th_ day of November, 2011

_[signature]_
NOTARY PUBLIC

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 20_14_

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Patrick                      Middle Name: Miller

Last Name: McDermott                     If appropriate, check one:  Sr. ☐   Jr. ☐   II ☐   III ☐

Firm Name: Hunton & Williams, LLP

Firm Address: 1751 Pinnacle Drive, Suite 1700

Tysons Corner

City: McLean         State: VA         Zip Code: 22101

Firm Phone Number: (703) 714-7400         Direct Dial Number: (703) 714-7461

Fax Number: (703) 714-7410                Internet E-Mail Address: mcdermottp@hunton.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:   ☐ PERMANENT    ☑ PRO-HAC VICE - Case Number Required: 6:09 CV 853 (DNH/GHL)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: *[signature]*

Date: 11/17/11

**COURT USE ONLY**

Assigned Bar Roll # _____

Receipt # _____

Date of Admission: ___/___/___

Revised: ___/___/___  By: _____

5/2006



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT PATRICK MILLER McDERMOTT IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. McDERMOTT WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 20, 2010, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued November 10, 2011

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

AO 153 (Rev. 6/96)

| Name: LAST, | McDermott | FIRST | Patrick |
|---|---|---|---|

**OATH ON ADMISSION**

I, _Patrick M. McDermott_, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 11/17/11 | SIGNATURE: [signed] | BAR I.D. NO. |
|---|---|---|

AO 153 (Rev. 6/96)

| FIRM NAME | TEL. NO. |
|---|---|
| Hunton & Williams LLP | (703) 714-7461 |

| FIRM ADDRESS |
|---|
| 1751 Pinnacle Drive, Suite 1700, Tysons Corner |

| CITY | STATE | ZIP CODE |
|---|---|---|
| McLean | VA | 22101 |

**BELOW FOR OFFICE USE ONLY**

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|

ADMITTED ON MOTION OF: (Movant)

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> ) <br> Patrick M. McDermott ) <br> ) <br> ) <br> TO BE ADMITTED TO THE UNITED STATES ) <br> DISTRICT COURT FOR THE NORTHERN ) <br> <u>DISTRICT OF NEW YORK</u> ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, ____Patrick M. McDermott____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
<u>Utica Mutual Insurance Company v. Fireman's Fund Insurance Company, Civil Action No.: 6:09 CV 0853 (DNH/GHL)</u> .

IT IS SO ORDERED

Dated : _____

☐ U.S. District Judge
☑ U.S. Magistrate Judge