UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF )
)
       Patrick M. McDermott             )        ORDER
)
)
TO BE ADMITTED TO THE UNITED STATES    )
DISTRICT COURT FOR THE NORTHERN        )
**DISTRICT OF NEW YORK**                       )

---

      Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____Patrick M. McDermott_____ is hereby accepted for

    ☐    Permanent Admission to practice in the United States District Court for the
         Northern District of New York.

    ☒    Pro Hac Vice Admission to practice in the United States District Court for the
         Northern District of New York for the particular case of:
         Utica Mutual Insurance Company v. Fireman's Fund Insurance Company, Civil Action No.: 6:09 CV 0853 (DNH/GHL).

IT IS SO ORDERED

Dated: 11/21/11

                                                            *[signature]*

                                                 ☐ U.S. District Judge
                                                 ☒ U.S. Magistrate Judge