UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

-v.-                                  6:09-CV-0853
                                             (DNH)(GHL)

FIREMAN'S FUND INSURANCE COMPANY

                Defendant.
_____

## **ORDER**

      The Court has reviewed Dkt. Nos. 100, 101, 103, and 104.  Accordingly, it is

      ORDERED that Plaintiff's Motion to Allow Limited Disclosure of Certain Submissions Filed Under Seal (Dkt. No. 100) is granted; and it is further

      ORDERED that the following filings may be disclosed only to the Southern District of New York, R&Q, R&Q's counsel, and, if necessary, any appellate courts: (1) FFIC's Memorandum of Law in Opposition to Plaintiff's Motion for a Protective Order; (2) Affidavit of John F. Finnegan In Connection with Defendant's Memorandum of Law in Opposition To Plaintiff's Motion for Protective Order; and (3) FFIC's November 21, 2011 Letter to the Court.

Dated: December 21, 2011
       Syracuse, New York

*George H. Lowe*
United States Magistrate Judge