# EXHIBIT 1

| | |
|---|---|
| **From:** | Paul Ginnett |
| **Sent:** | Monday, October 27, 2008 6:03 PM |
| **To:** | James Fry; Cristy Bresson |
| **Cc:** | Gary Ibello@FFIC; Eric Billeter@FFIC |
| **Subject:** | Utica Mutual Reinsurance |
| **Attach:** | scan.pdf |

Jim/Cristy

Per our conversation earlier today( with Jim), enclosed is a pdf of the new tender from Utica Mutual. The originals will be overnighted directly to Cristy. Please work with Richard Hauserman to establish a claim file and then the appropriate financial files once the policy search is complete. The packet includes a series of facultative certificates together with one corresponding XLX policy. Since we now have 3 similar matters in the office Gary Ibello will coordinate things with respect to communication, positions, and retrocessional reporting. This could pose significant exposure so we will want to get it on a fast track in terms of positions, etc.

Soon, we should discuss further communication to the intermediary in an attempt to determine if any other such matters exist and are unreported.

Thanks. Paul
----- Forwarded by Paul Ginnett/FFIC on 10/27/2008 02:39 PM -----

MFP_Scan@ffic.com
10/27/2008 01:40 PM

To
paul.ginnett@ffic.com
cc

Subject
Scan to E-mail from FFNOVLCH




This is an automatically generated message. Please do not reply to this e-mail address. Attached is a document sent to you from FFIC Multi-Function Printer (MFP)named FFNOVLCH.