# EXHIBIT 2

| | |
|---|---|
| **From:** | Cristy Bresson |
| **Sent:** | Thursday, October 30, 2008 1:08 PM |
| **To:** | Richard M. Hauserman; Daniel J. Kane |
| **Subject:** | Gold Pumps, Inc. |

Richard and Dan

Good morning.

I am in need of some assistance.

It is my understanding Dan has an open excess file for Gould Pumps, claim #105-00-136976. I have just been assigned an assumed reinsurance matter involving this insured and I need a copy of this file. Could someone give me a call so that I can get an understanding of how big the file is and make a decision about how much of the file I need copied?

Thanks and I appreciate your assistance.

Cristy



Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[  ] Fireman's Fund Insurance Company
[  ] Fireman's Fund Indemnity Corporation
[  ] National Surety Corporation
[  ] The American Insurance Company
[  ] Associated Indemnity Corporation
[  ] American Automobile Insurance Company
[  ] Fireman's Fund Insurance Company of Georgia
[  ] Fireman's Fund Insurance Company of Hawaii
[  ] Fireman's Fund Insurance Company of Wisconsin
[  ] Fireman's Fund Insurance Company of Ohio
[  ] Chicago Insurance Company
[  ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE

LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy copies.

FFIC0012268