EXHIBIT 3

| | |
|---|---|
| **From:** | Cristy Bresson |
| **Sent:** | Monday, December 29, 2008 9:28 PM |
| **To:** | Daniel J. Kane |
| **Subject:** | Re: Gold Pumps, Inc. - Assume Re matter |

Dane if you have not mailed it before you get this, can you send it 2nd day
air?  thanks.


Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients
identified above.  If you are not the intended recipient of this communication,
you are hereby notified that any unauthorized review, use, dissemination,
distribution, downloading, or copying of this communication is strictly
prohibited.  If you are not the intended recipient and have received this
communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.


Daniel J. Kane/FFIC
12/29/2008 05:03 PM

To
Cristy Bresson/FFIC@FFIC

FFIC0012286

cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

Sorry Cristy, it was sitting in another cube.  I have arranged to have it go
out by regular mail late today or tomorrow.

Regards,

Daniel Kane
Fireman's Fund Insurance Company
AZOA RS
777 San Marin Drive  C87
Novato, CA  94998-3400
(415) 899-3740
(415) 899-3663 fax
daniel.kane@ffic.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE.  IT MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR OTHERWISE PROTECTED FROM
DISCLOSURE.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, OR YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION,
DISCLOSURE, OR OTHER USE OF ITS CONTENTS IS STRICTLY PROHIBITED.

Cristy Bresson/FFIC
12/29/2008 12:55 PM

To
Daniel J. Kane/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

Dan,

Do you know the status of the copy/mailing?

Thanks.

Cristy


Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients identified above.  If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.  If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy copies.


Cristy Bresson/FFIC
12/15/2008 11:01 AM

To
Daniel J. Kane/FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

DAN,

Thanks very much.  No rush just wanted to check in.  Sending the spreadsheets
electronically would be great.

We had severe weather last week.  I was without power for 2 days.  My internet,
cable and house phone are still out.  However, my office phone is working.

Thanks again for your continued assistance.

Cristy




Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[    ] Fireman's Fund Insurance Company
[    ] Fireman's Fund Indemnity Corporation
[    ] National Surety Corporation
[    ] The American Insurance Company
[    ] Associated Indemnity Corporation
[    ] American Automobile Insurance Company
[    ] Fireman's Fund Insurance Company of Georgia
[    ] Fireman's Fund Insurance Company of Hawaii
[    ] Fireman's Fund Insurance Company of Wisconsin
[    ] Fireman's Fund Insurance Company of Ohio
[    ] Chicago Insurance Company
[    ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients
identified above.  If you are not the intended recipient of this communication,
you are hereby notified that any unauthorized review, use, dissemination,
distribution, downloading, or copying of this communication is strictly
prohibited.  If you are not the intended recipient and have received this
communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.

Daniel J. Kane/FFIC
12/12/2008 11:49 AM

To
Cristy Bresson/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

I sent the material for copying but do not have it back yet.  It was not a rush
job.
By the way, a couple volumes had spreadsheet material which was only part of
the electronic information provided to us.  I did not have all of it printed
for the file that you reviewed.  I can send all the spreadsheets electronically
if you want.
Let me know.

Regards,

Daniel Kane
Fireman's Fund Insurance Company
AZOA RS
777 San Marin Drive  C87
Novato, CA  94998-3400
(415) 899-3740
(415) 899-3663 fax
daniel.kane@ffic.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE.  IT MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR OTHERWISE PROTECTED FROM
DISCLOSURE.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, OR YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION,
DISCLOSURE, OR OTHER USE OF ITS CONTENTS IS STRICTLY PROHIBITED.

Cristy Bresson/FFIC
12/11/2008 06:34 PM

To
Daniel J. Kane/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

Dan,

Thank you once again for allowing me to review your files.  I found it very helpful.

Last Thursday I left at your desk the files that I needed copied as well as the files that I was returning without a copy request.

Please confirm that you saw these materials and that the request to copy has been made.

I appreciate your assistance in this matter.

Enjoy your evening.

Cristy


Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients identified above.  If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited.  If you are not the intended recipient and have received this

FFIC0012291

communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.


Daniel J. Kane/FFIC
12/02/2008 11:42 AM

To
Cristy Bresson/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter




Certainly.

Regards,

Daniel Kane
Fireman's Fund Insurance Company
AZOA RS
777 San Marin Drive  C87
Novato, CA  94998-3400
(415) 899-3740
(415) 899-3663 fax
daniel.kane@ffic.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE.  IT MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR OTHERWISE PROTECTED FROM
DISCLOSURE.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, OR YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION,
DISCLOSURE, OR OTHER USE OF ITS CONTENTS IS STRICTLY PROHIBITED.



Cristy Bresson/FFIC
12/01/2008 08:37 PM

To
Daniel J. Kane/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

Dan,

I am going to be in Novato on 12/4/08. I expect I will be in the office in the
afternoon. Would it be possible for me to take a look at your Gould Pumps file
to determine what I would like copied for the captioned Assumed Re matter?

Thanks.


Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients
identified above. If you are not the intended recipient of this communication,
you are hereby notified that any unauthorized review, use, dissemination,
distribution, downloading, or copying of this communication is strictly
prohibited. If you are not the intended recipient and have received this
communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.


Daniel J. Kane/FFIC
11/12/2008 07:28 PM

To
Cristy Bresson/FFIC@FFIC

cc
Richard M. Hauserman/FFIC@FFIC
Subject
Re: Gold Pumps, Inc. - Assume Re matter

Cristy:  Following our call of today, the file contains 3 blue, 1 green
(spreadsheets which I have in electronic form), 1 yellow, and 1 orange volume.
There is also a volume with green (lists of tendered cases), yellow (policies)
and orange in it.  There is a coverage chart in both the blue and yellow
volumes.

Regards,

Daniel Kane
Fireman's Fund Insurance Company
AZOA RS
777 San Marin Drive  C87
Novato, CA  94998-3400
(415) 899-3740
(415) 899-3663 fax
daniel.kane@ffic.com

THIS TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE.  IT MAY CONTAIN
INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR OTHERWISE PROTECTED FROM
DISCLOSURE.  IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, OR YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION,
DISCLOSURE, OR OTHER USE OF ITS CONTENTS IS STRICTLY PROHIBITED.

Cristy Bresson/FFIC
11/12/2008 08:45 AM

To
Daniel J. Kane/FFIC@FFIC, Richard M. Hauserman/FFIC@FFIC
cc

Subject
Re: Gold Pumps, Inc. - Assume Re matter

Dan and Richard,

Just following up.  I am in need of a copy of the Gould Pump File. How big is

FFIC0012294

the file? I also need to know if there is an underwriting file?

Can you give me a call?

Thanks.

Cristy

Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients
identified above.  If you are not the intended recipient of this communication,
you are hereby notified that any unauthorized review, use, dissemination,
distribution, downloading, or copying of this communication is strictly
prohibited.  If you are not the intended recipient and have received this
communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.

Cristy Bresson/FFIC
10/30/2008 01:08 PM

To
Richard M. Hauserman/FFIC, Daniel J. Kane/FFIC
cc

Subject
Gold Pumps, Inc.

Richard and Dan

Good morning.

I am in need of some assistance.

It is my understanding Dan has an open excess file for Gould Pumps, claim
#105-00-136976. I have just been assigned an assumed reinsurance matter
involving this insured and I need a copy of this file.  Could someone  give me
a call so that I can get an understanding of how big the file is and make a
decision about how much of the file I need copied?

Thanks and I appreciate your assistance.

Cristy

Cristy L. Bresson
Claims Specialist
AZOA Resolution Services
P.O. Box 1926
Concord, NH 03302
Office:  603-226-8951
Fax:  888-275-9769
email:  cristy.bresson@ffic.com

On behalf of one or more of the following Fireman's Fund Insurance Companies:

[   ] Fireman's Fund Insurance Company
[   ] Fireman's Fund Indemnity Corporation
[   ] National Surety Corporation
[   ] The American Insurance Company
[   ] Associated Indemnity Corporation
[   ] American Automobile Insurance Company
[   ] Fireman's Fund Insurance Company of Georgia
[   ] Fireman's Fund Insurance Company of Hawaii
[   ] Fireman's Fund Insurance Company of Wisconsin
[   ] Fireman's Fund Insurance Company of Ohio
[   ] Chicago Insurance Company
[   ] Interstate Fire and Casualty Company

All part of the Allianz Group

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE
LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients

identified above.  If you are not the intended recipient of this communication,
you are hereby notified that any unauthorized review, use, dissemination,
distribution, downloading, or copying of this communication is strictly
prohibited.  If you are not the intended recipient and have received this
communication in error, please immediately notify us by reply email, delete the
communication and destroy copies.

FFIC0012297