# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**John F. Finnegan**
direct tel 212-408-1082
jfinnegan@chadbourne.com

February 9, 2012

**VIA ECF**

Honorable David N. Hurd,
  United States District Judge
United States District Court,
  Northern District of New York
10 Broad Street
Utica, NY 13501

>   Re: Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.
>     6:09-cv-00853 (DNH)(GHL)
>                    and
>     Utica Mutual Ins. Co. v. INA Reins. Co.
>     6:12-cv-00194 (DNH)(GHL)

Dear Judge Hurd:

    We write on behalf of Fireman's Fund Insurance Company ("FFIC") and R&Q Reinsurance Company, f/k/a INA Reinsurance Company ("R&Q"), to respond to the question posed by the Court in the Court's Text Orders dated February 6, 2012. FFIC and R&Q are each willing to waive the conflict Magistrate Judge George H. Lowe would have if he were asked to provide advisory opinions on all currently pending motions following his return to private practice and, more particularly, upon his affiliation with Bond, Schoeneck & King, PLLC ("BS&K") as "of counsel." FFIC and R&Q understand that appropriate screening procedures would be put in place at BS&K isolating Mr. Lowe and any BS&K personnel who might assist Mr. Lowe in preparing his reports and recommendations from BS&K personnel who are working on Utica Mutual matters.

Respectfully submitted,

John F. Finnegan

cc: Hon. George H. Lowe, United States       (By ECF)
      Magistrate Judge
    Walter Andrews, Esq.                     (By Email)
    Syed S. Ahmad, Esq.                      (By Email)
    Thomas J. Hall, Esq.                     (By Email)
    Robert A. Schwinger, Esq.                (By Email)
    Mary A. Lopatto, Esq.                    (By Email)
    Nancy Monarch, Esq.                      (By Email)



New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Almaty  Istanbul  Dubai  Beijing