UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of					ORDER
Civil Cases to the Honorable Thérèse W. Dancks			OF REASSIGNMENT

_____

      **ORDERED** that the following cases are hereby reassigned to the Honorable Thérèse W. Dancks, U.S. Magistrate Judge.  These cases will remain assigned to the presiding U.S. District Judges :

|    | Case Number | Caption |
|----|-------------|---------|
| 1) | 6:06-cv-1476 (DNH/GHL) | Bergerson v. NYS Office of Mental Health, CNY Psychiatric Center |
| 2) | 6:09-cv-842 (DNH/GHL) | Ryder Truck Rental, Inc., et al v. Swish Maintenance Limited, et al |
| 3) | 6:09-cv-853 (DNH/GHL) | Utica Mutual Insurance Company v. Fireman's Fund Insurance Company |
| 4) | 6:09-cv-942 (DNH/GHL) | Blake v. Rozowicz |
| 5) | 6:09-cv-1380 (DNH/GHL) | Fehlhaber v. Board of Education of the City of Utica, et al |
| 6) | 6:09-cv-1389 (NAM/GHL) | Mettot v. City of Rome, New York, et al |
| 7) | 6:10-cv-175 (NAM/GHL) | Racquet v. Lotito, et al |
| 8) | 6:10-cv-339 (DNH/GHL) | Carpenter, et al v. Astor-White, et al |
| 9) | 6:10-cv-450 (NAM/GHL) | DePerno v. Town of Verona |
| 10) | 6:10-cv-913 (DNH/GHL) | Pantalone v. County of Fulton, et al |
| 11) | 6:10-cv-1163 (DNH/GHL) | Ogalo v. NYS Thruway Authority, et al |
| 12) | 6:10-cv-1277 (DNH/GHL) | Croons v. NYS Office of Mental Health, CNY Psychiatric Center, et al |
| 13) | 6:10-cv-1294 (NAM/GHL) | Searcy v. Commissioner of Social Security |
| 14) | 6:10-cv-1314 (NAM/GHL) | Hinderliter, et al v. Diversified Consultants, Inc. |
| 15) | 6:10-v-1327 (DNH/GHL) | Cortese v. Marriott International, Inc. |
| 16) | 6:10-cv-1350 (DNH/GHL) | Woods v. City of Utica, et al |
| 17) | 6:10-cv-1357 (DNH/GHL) | Wicks, Jr. v. BBX, Inc., et al |
| 18) | 6:10-cv-1387 (NAM/GHL) | Seguinot v. City of Utica Police Department, et al |
| 19) | 6:10-cv-1510 (LEK/GHL) | Santiago v. Commissioner of Social Security |
| 20) | 6:10-cv-1564 (DNH/GHL) | Hutchings v. Commissioner of Social Security |
| 21) | 6:10-cv-1569 (DNH/GHL) | Pearce, et al v. Estate of Officer Joseph A. Longo, Jr., et al |
| 22) | 6:10-cv-1574 (DNH/GHL) | Ellis v. Hoag, et al |
| 23) | 6:11-cv-146 (DNH/GHL) | Niles v. Commissioner of Social Security |
| 24) | 6:11-cv-172 (TJM/GHL) | Rieser v. Patriot Federal Bank, et al |
| 25) | 6:11-cv-283 (NAM/GHL) | Pacillo v. Finishing Trades Institute of NY, et al |
| 26) | 6:11-cv-353 (GLS/GHL) | Allstate Insurance Company, et al v. Hamilton Beach |

|     |                        | Brands, Inc., et al |
| --- | ---------------------- | ------------------- |
| 27) | 6:11-cv-407 (TJM/GHL)  | Maniram v. Marck Industries, Inc., et al |
| 28) | 6:11-cv-408 (TJM/GHL)  | Kehoe, et al v. Casadei, et al |
| 29) | 6:11-cv-486 (DNH/GHL)  | Viscusi v. Postle, et al |
| 30) | 6:11-cv-522 (GLS/GHL)  | Boles v. The County of Montgomery, et al |
| 31) | 6:11-cv-588 (GLS/GHL)  | Taylor v. Commissioner of Social Security |
| 32) | 6:11-cv-924 (GLS/GHL)  | Llorens-Feliciano v. Commissioner of Social Security |
| 33) | 6:11-cv-1116 (MAD/GHL) | Bowman v. Commissioner of Social Security |
| 34) | 6:11-cv-1287 (TJM/GHL) | Louis v. Commissioner of Social Security |
| 35) | 6:12-cv-194 (DNH/GHL)  | Utica Mutual Insurance Company v. INA Reinsurance Company |
| 36) | 6:12-cv-238 (GTS/GHL)  | Morgan v. Commissioner of Social Security |

Any questions concerning case management should be directed to Renata Hohl, Courtroom Deputy Clerk, at (315) 234-8613.

**IT IS SO ORDERED.**

Dated: February 10, 2012
Albany, New York

_____
Gary L. Sharpe
Chief U.S. District Judge