# CHADBOURNE & PARKE LLP

1200 New Hampshire Avenue NW, Washington, DC 20036
tel (202) 974-5600  fax (202) 974-5602

**Mary A. Lopatto**
direct tel  202 974 5639
mlopatto@chadbourne.com

March 2, 2012

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, NY  13261-7346

      Re:  Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.
           No. 6:09-CV-0853 (DNH)(GHL)

Dear Judge Dancks:

    We represent Defendant Fireman's Fund Insurance Company ("FFIC") in the above-referenced matter.

    Unfortunately, we have an unavoidable conflict with the Status Conference Your Honor ordered for March 7, 2012.  [2/29/12 Text Order].  We write to seek a re-scheduling of that Conference.  We have conferred with Counsel for the Plaintiff, who has no objection to such postponement.

    Both sides would be available on March 19, if that date were convenient to the Court.  Otherwise, we respectfully request a rescheduling of the Status Conference to a date after March 19 on which the Court would be available.

                                     Respectfully,

                                     Mary A. Lopatto

Via ECF

cc:  Walter J. Andrews, Esq.
     Syed S. Ahmad, Esq.
     John S. Finnegan, Esq.