

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL     703 • 714 • 7400
FAX    703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703-714-7676
EMAIL: sahmad@hunton.com

April 17, 2012

**Via ECF**
The Honorable Therese Wiley Dancks
United States District Court
  for the Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7346
Syracuse, NY 13261

Re:   Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.,
       No. 6:09-CV-0853 (DNH/TWD)

Dear Judge Dancks:

We are counsel for Utica Mutual Insurance Company in the captioned lawsuit. Pursuant to Local Rule 7.1(b)(2), we write to request leave to file a reply to FFIC's opposition to Utica's request to submit information for *in camera* review.

FFIC argues that the Court should deny Utica's request to provide the proposed *in camera* submission because the submission should have been provided to the Court when Utica filed its Motion for Protective Order. FFIC raised this argument for the first time in its opposition filed yesterday. FFIC's argument is without merit and Utica requests leave to respond to it, including FFIC's characterization of the case law relied on by Utica. *See Newspaper Guild/CWA of Albany v. Hearst Corp.*, No. 1:09-cv-764, 2011 WL 541821, at *1 n.1 (N.D.N.Y. Feb. 8, 2011) (Sharpe, J.) (granting leave to file a reply "in light of issues at hand and the parties' interest in fully briefing these issues"); *Greenidge v. Barnhart*, No. 6:04-cv-379, 2005 WL 357318, at *1 (N.D.N.Y. Feb. 11, 2005) (Sharpe, J.) (noting that court had granted leave to file reply brief).

Respectfully submitted,

*Syed S. Ahmad*

Syed S. Ahmad

cc:    Mary Lopatto