# CHADBOURNE & PARKE LLP

1200 New Hampshire Avenue NW, Washington, DC 20036
tel (202) 974-5600   fax (202) 974-5602

**Mary A. Lopatto**
direct tel 202 974 5639
mlopatto@chadbourne.com

May 2, 2012

Honorable Thérèse Wiley Dancks
United States Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
Syracuse, NY  13261-7346

      Re:  Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.
          No. 6:09-CV-0853 (DNH)(TWD)

Dear Judge Dancks:

    This is a request submitted on behalf of both Plaintiff Utica Mutual Insurance Co. ("Utica") and Defendant Fireman's Fund Insurance Co. ("FFIC") concerning brief extensions of time on certain upcoming filings to accommodate counsels' scheduling conflicts.

    Both parties have agreed and respectfully request the Court's consent to 1) an extension from May 4, 2012 to May 8, 2012 for Utica to file its reply to the supplemental filing on Utica's motion for a protective order;  and 2) an extension from May 14, 2012 to May 18, 2012 for FFIC to file its response to Utica's motion to compel.

    We would be grateful for the Court's consent to these extensions.

Respectfully submitted,

*Mary A. Lopatto*

Mary A. Lopatto

<u>Via ECF</u>

cc:  Walter J. Andrews, Esq.
     Syed S. Ahmad, Esq.
     John S. Finnegan, Esq.

New York   Washington   Los Angeles   Mexico City   São Paulo   London   Moscow   Warsaw   Kyiv   Istanbul   Dubai   Beijing