# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

**John F. Finnegan**
direct tel +1 212 408 5180
jfinnegan@chadbourne.com

May 10, 2012

**BY ECF**

Hon. Therese Wiley Dancks
  United States Magistrate Judge
United States District Court,
  Northern District of New York
100 S. Clinton Street
Federal Building and U.S. Courthouse
Syracuse, NY  13261-7346

>   Re:  Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.
>         6:09-cv-00853 DNH-TWD

Dear Judge Dancks:

Further to this Court's text order of today's date, we write to advise the Court that yesterday, the Second Circuit issued a mandate in the matter styled *Application of Utica Mutual Insurance Company for an Order Disqualifying Chadbourne & Parke LLP*, No. 10-4164-cv.  The mandate was thereupon filed with Clerk of the Southern District of New York. A copy of the Second Circuit's and SDNY's electronic notices are attached.

Respectfully,

John F. Finnegan

Attachment

cc:  Walter Andrews, Esq.           (By ECF)
     Syed Ahmad, Esq.               (By ECF)
     Patrick McDermott, Esq.        (By ECF)
     Mary Lopatto, Esq.             (By ECF)
     Nancy Monarch, Esq.            (By ECF)



New York  Washington  Los Angeles  Mexico City  São Paulo  London  Moscow  Warsaw  Kyiv  Almaty  Istanbul  Dubai  Beijing

Finnegan, John F.
_____

| | |
|---|---|
| From: | cmecf@ca2.uscourts.gov |
| Sent: | Wednesday, May 09, 2012 11:59 AM |
| To: | Finnegan, John F. |
| Subject: | 10-4164 Application of Utica Mutual In v. INA Reinsurance Company "Judgment Mandate ISSUED" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

Court of Appeals, 2nd Circuit

**Notice of Docket Activity**

The following transaction was filed on 05/09/2012

**Case Name:** Application of Utica Mutual In v. INA Reinsurance Company
**Case Number:** 10-4164
**Document(s):** Document(s)


**Docket Text:**
JUDGMENT MANDATE, ISSUED.[604215] [10-4164]

**Notice will be electronically mailed to:**

Mr. Syed Ahmad, -: sahmad@hunton.com, bmulder@hunton.com, rgalbraith@hunton.com, mcdermottp@hunton.com
Mr. Walter J. Andrews, -: wandrews@hunton.com, dwatson@hunton.com
Mr. John Francis Finnegan, -: jfinnegan@chadbourne.com
Anna Greenidge, Deputy Clerk: Anna_Orzeszek@ca2.uscourts.gov
Robert Morrow, -: rmorrow@hunton.com, bmulder@hunton.com, rgalbraith@hunton.com
Mr. William K Perry, -: wperry@chadbourne.com
SDNY Mandates/Certifications, -: Mandates_nysd@nysd.uscourts.gov


**Notice will be stored in the notice cart for:**

Quality Control 1, -

The following document(s) are associated with this transaction:
**Document Description:** Judgment Mandate ISSUED
**Original Filename:** 10-4164.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1161632333 [Date=05/09/2012] [FileNumber=604215-0]
[99685be9889f80f065dafe20d53ddcdbb5888668d9c8bed5d0d5bc2daf73b32c1e3ea0bb8e8eedf1c625f4032aa60a1b20f81e7179c519648ee964c28e81e7ce]]

2

# Finnegan, John F.

| | |
|---|---|
| From: | NYSD_ECF_Pool@nysd.uscourts.gov |
| Sent: | Wednesday, May 09, 2012 5:21 PM |
| To: | CourtMail@nysd.uscourts.gov |
| Subject: | Activity in Case 1:10-cv-02669-AKH Application of Utica Mutual Insurance Company v. INA Reinsurance Company USCA Mandate |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 5/9/2012 at 5:20 PM EDT and filed on 5/9/2012
**Case Name:**     Application of Utica Mutual Insurance Company v. INA Reinsurance Company
**Case Number:**   1:10-cv-02669-AKH
**Filer:**
**WARNING: CASE CLOSED on 09/15/2010**
**Document Number:** 29

**Docket Text:**
**MANDATE of USCA (Certified Copy) as to [24] Notice of Appeal filed by Application of Utica Mutual Insurance Company USCA Case Number 10-4164-cv. Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 05/09/2012. (nd)**


**1:10-cv-02669-AKH Notice has been electronically mailed to:**

Robert Jeffrey Morrow rmorrow@hunton.com, bmulder@hunton.com

John Francis Finnegan jfinnegan@chadbourne.com, wbellotti@chadbourne.com

Walter J. Andrews wandrews@hunton.com, dwatson@hunton.com

**1:10-cv-02669-AKH Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

1

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=5/9/2012] [FileNumber=10010886-0
] [70e4e0b05f226d91583ed1814c408e36a77b4d18bca29fcd19c517d0f08ccefac49
dbb444fd867e8ed4f8c812818239266f5c1401b51c4863f337c6b0359bdec]]

2