

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL 703 • 714 • 7676
FAX 703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703-714-7676
EMAIL: sahmad@hunton.com

May 16, 2012

**VIA ECF**

The Honorable Thérèse Wiley Dancks
United States District Court
　for the Northern District of New York
100 South Clinton Street
Federal Building and U.S. Courthouse
Syracuse, NY 13261

Re:   **Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.,
　　　No. 6:09-CV-0853 (DNH/TWD)**

Dear Judge Dancks:

We represent Utica Mutual Insurance Company in the captioned lawsuit.

We write to request that the telephonic hearing set for May 29, 2012 be rescheduled. Walter Andrews and I have a three-week trial beginning on May 29. Therefore, we request that the telephonic hearing be rescheduled to June 18 or as soon as possible thereafter.

We have conferred with FFIC's counsel regarding this request and have been advised that FFIC has no objection to the requested adjournment.

Respectfully submitted,

*Syed S. Ahmad*

Syed S. Ahmad