UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UTICA MUTUAL INSURANCE COMPANY,

        Plaintiff,
                 6:09-CV-853
v.                  (DNH/TWD)

FIREMAN'S FUND INSURANCE COMPANY,

        Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HUNTON & WILLIAMS LLP<br>Counsel for Plaintiff<br>1751 Pinnacle Drive<br>Suite 1700<br>McLean, VA 22102 | WALTER J. ANDREWS, ESQ.<br>SYED S. AHMAD, ESQ.<br>JOSEPH J. SALTARELLI, ESQ. |
| CHADBOURNE & PARKE LLP<br>Counsel for Defendant<br>1200 New Hampshire Avenue, NW<br>Washington, DC 20036 | MARY A. LOPATTO, ESQ.<br>JOHN F. FINNEGAN, ESQ.<br>NANCY E. MONARCH, ESQ. |

THÉRÈSE WILEY DANCKS, United States Magistrate Judge

## SUMMARY ORDER

   Today this Court filed under seal a Decision and Order ("D&O") granting Plaintiff Utica Mutual Insurance Company's motion for a protective order. With the exception of Plaintiff's Notice of Motion (Dkt. No. 83), all motion papers have been filed under seal pursuant to the Stipulated Protective Order Regarding Confidential Items and Information filed in the case. (Dkt. No. 82.)

   The parties are advised that the D&O shall remain sealed for thirty (30) days from the

date of its filing, after which time it will be unsealed and will be available to the public absent further court order. The parties are invited to suggest redactions for the publicly filed version, with supporting legal authority. Suggestions must be submitted for consideration by letter motion no later than ten (10) from the date of the filing of the D&O and may be filed under seal. Failure to suggest redactions will result in the D&O being unsealed and publicly filed after the expiration of thirty (30) days from the date of filing of this Order.

    **IT IS SO ORDERED**.

Dated: July 20, 2012
       Syracuse, New York

Thérèse Wiley Dancks
United States Magistrate Judge