UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UTICA MUTUAL INSURANCE COMPANY,            Civil Action No.:  6:09-CV-0853

        Plaintiff,                                                              (DNH/TWD)


    -against-


FIREMAN'S FUND INSURANCE COMPANY,

        Defendant.

-------------------------------------------------------------x

**DEFENDANT FIREMAN'S FUND INSURANCE COMPANY'S
MOTION TO COMPEL (REINSURER NOTICES AND ALLOCATION
INFORMATION)**


                              CHADBOURNE & PARKE LLP
                              1200 New Hampshire Avenue, N.W.
                              Washington, DC 20036
                              Tel.: (202) 974-5600
                              Fax: (202) 974-6735

                              And

                              30 Rockefeller Plaza
                              New York, New York 10112
                              Tel.: (212) 408-5100
                              Fax: (212) 541-5369
                              Attorneys for Defendant

As set forth in Defendant Fireman's Fund Insurance Company's Memorandum of Law and the Affidavit of Mary A. Lopatto submitted with this Motion, FFIC moves this Court for an Order compelling Plaintiff Utica Mutual Insurance Company ("Utica") to produce reinsurer notices and allocation information.

FFIC has conferred with Utica in a good faith effort to arrive at a mutually satisfactory resolution of the discovery issues addressed in FFIC's Memorandum of Law.  August 30, 2012 Affidavit of Mary A. Lopatto ¶ 3.  Because the parties' conferences did not fully resolve the discovery issues, FFIC requested a court conference.  Dkt. 138 Lopatto Letter dated July 13, 2012.  During the court conference on August 2, 2012, the Court ordered that FFIC file its Motion to Compel by August 31, 2012.  Text Minute Entry dated August 2, 2012.

Pursuant to the Stipulated Protective Order Regarding Confidential Items and Information entered on July 25, 2011, FFIC's Memorandum of Law and accompanying Affidavit (and exhibits) are filed under seal.

Dated:   August 30, 2012

                                      Respectfully submitted,

By:         /s Mary A. Lopatto
     Mary A. Lopatto
     Nancy E. Monarch
     CHADBOURNE & PARKE LLP
     1200 New Hampshire Avenue, N.W.
     Washington, DC 20036
     Tel.: (202) 974-5600
     Fax: (202) 974-6739
     mlopatto@chadbourne.com
     nmonarch@chadbourne.com

     John F. Finnegan, Esq.
     NDNY Bar. No. 515774

2

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 408-5100
Fax: (212) 541-5369
jfinnegan@chadbourne.com

Attorneys for Defendant, Fireman's Fund Insurance Company

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012, a true and correct copy of Defendant Fireman's Fund Insurance Company's Motion to Compel (Reinsurer Notices and Allocation Information) was filed electronically with the Clerk of Court for the United States District Court for the Northern District of New York using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                        s/Nancy E. Monarch