UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY, | |
|                         Plaintiff, | Civil Action No.: 6:09-CV-0853 |
| -against- | **APPEARANCE OF COUNSEL** |
| FIREMAN'S FUND INSURANCE COMPANY, | |
|                         Defendant. | |

_____

To: The Clerk of Court and all parties of record

I am admitted to practice in this court, and I appear in this case as counsel for Defendant FIREMAN'S FUND INSURANCE COMPANY.

Dated: New York, New York
       September 7, 2011

                                              COZEN O'CONNOR

                                              By:_____/s/_____
                                              Melissa Brill (516981)
                                              Attorneys for Defendant
                                              **FIREMAN'S FUND INSURANCE COMPANY**
                                              45 Broadway
                                              New York, NY 10006
                                              (p) (212) 908-1257
                                              (f) (866) 825-3144
                                              mbrill@cozen.com