# CHADBOURNE
# & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel 212-408-5100  fax 212-541-5369

John F. Finnigan
**direct tel** 212-498-5180
jfinnegan@chadbourne.com

September 7, 2012

Hon. Lawrence K. Baerman,
  Clerk of Court
United States District Court,
  Northern District of New York
U.S. Courthouse & Federal Building
100 South Clinton Street
Syracuse, New York 13261-7367

      Re:  Utica Mutual Ins. Co. v. Fireman's Fund Ins. Co.
           6:09-CV-0853 (DNH)(TWD)

Dear Mr. Baerman:

    I am writing to inform the Court of my withdrawal as attorney of record in this matter.

    Chadbourne & Parke ("Chadbourne") previously represented Fireman's Fund Insurance Company ("FFIC"), the defendant in this matter. My former partner at Chadbourne, Mary Lopatto, is now employed at the law firm of Cozen O'Connor, and will continue to represent FFIC at that firm.

    Accordingly, I request that you record my withdrawal from the representation of FFIC in this matter and remove my name as attorney of record. Also, please note that Chadbourne attorney Nancy Monarch is also withdrawing as counsel and should similarly be removed from the docket.

    Thank you for your assistance with this matter. Should you have any questions or comments, please feel free to contact me.

                                Respectfully,

                                John F. Finnegan