UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UTICA MUTUAL INSURANCE COMPANY,

                       Plaintiff,

   -v-                                          6:09-CV-853

FIREMAN'S FUND INSURANCE COMPANY,

                       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SIDLEY AUSTIN LLP<br>Attorneys for Plaintiff<br>One South Dearborn Street<br>Chicago, IL 60603 | WILLIAM M. SNEED, ESQ.<br>THOMAS D. CUNNINGHAM, ESQ. |
| WILLIAMS LOPATTO PLLC<br>Attorneys for Defendant<br>1707 L Street NW<br>Suite 550<br>Washington, DC 20036 | JOHN B. WILLIAMS, ESQ.<br>MARY A. LOPATTO, ESQ. |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Utica Mutual Insurance Company ("Utica") and defendant Fireman's Fund Insurance Company ("FFIC") have submitted the depositions of witnesses Karen Halter and Samuel Glover in advance of their use at trial in this matter. The parties have identified their

designations and corresponding objections to those depositions.  After reviewing the depositions and objections thereto, the following rulings are made with respect to all objections:

**Karen Halter**

3/28/2014

| FFIC's Counter Designations | Ruling |
| --- | --- |
| 15:16-16:8 | Overruled |
| 19:17-23 | Overruled |
| 20:22-21:5 | Overruled |

**Samuel Glover**

8/16/2013

| FFIC's Counter Designations | Ruling |
| --- | --- |
| 32:24-34:22 | Overruled |
| 34:24-35:4 | Overruled |
| 35:11-14, 16 | Overruled |
| 49:9-50:6 | Sustained |
| 50:8-13, 15-24 | Sustained |
| 53:15-54:7 | Overruled |
| 54:16-23 | Overruled |
| 57:23-58:1 | Overruled |

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 30, 2017
       Utica, New York.