UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UTICA MUTUAL INSURANCE COMPANY,

                      Plaintiff,

   -v-                                            6:09-CV-853

FIREMAN'S FUND INSURANCE COMPANY,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| SIDLEY AUSTIN LLP<br>Attorneys for Plaintiff<br>One South Dearborn Street<br>Chicago, IL 60603 | WILLIAM M. SNEED, ESQ.<br>THOMAS D. CUNNINGHAM, ESQ.<br>DANIEL R. THIES, ESQ. |
| WILLIAMS LOPATTO PLLC<br>Attorneys for Defendant<br>1707 L Street NW<br>Suite 550<br>Washington, DC 20036 | JOHN B. WILLIAMS, ESQ.<br>MARY A. LOPATTO, ESQ. |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Plaintiff Utica Mutual Insurance Company and defendant Fireman's Fund Insurance Company have submitted the depositions of witnesses Anthony Paolozzi and Garrett Redmond in advance of their use at trial in this matter. The parties have identified their designations and corresponding objections. After reviewing all objections, the following rulings are made:

Anthony Paolozzi (6/3/2016)

| Designation | Ruling |
| --- | --- |
| 14:11-22 | overruled |
| 84:15-18 | overruled |
| 84:21 | overruled |
| 191:23-193:2 | overruled |
| 194:11-196:13 | overruled |
| 237:18-239:16 | overruled |
| 239:19-240:4 | overruled |
| 240:16-23 | overruled |
| 240:25-241:13 | overruled |
| 242:17-24 | overruled |
| 243:5-11 | overruled |
| 263:16-264:9 | overruled |
| 290:25-292:7 | overruled |

Garrett Redmond, Vol. I (5/1/2014)

| Designation | Ruling |
| --- | --- |
| 250:13-252:5 | sustained |

Garrett Redmond, Vol. III (5/23/2014)

| Designation | Ruling |
| --- | --- |
| 200:6-212:13 | sustained |
| 213:22-216:18 | sustained |
| 270:2-271:23 | sustained |

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 11, 2017
       Utica, New York.